FILED

JAN 3 0 2020

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

PAGE DAVID PENK,                              )
                                             )
                    Plaintiff,                )
       v.                                    )          Civil Action No.  1:19-cv-03745 (UNA)
                                             )
                                             )
DONALD JOHN TRUMP,                            )
                                             )
                    Defendant.                )

**MEMORANDUM OPINION**

This matter is before the court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*.  The court will grant the *in forma pauperis* application and dismiss the case pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), which allows for dismissal of a plaintiff's complaint which fails to state a claim upon which relief can be granted or is frivolous or malicious.

"A complaint must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.' " *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007)).  A complaint that lacks "an arguable basis either in law or in fact" is frivolous.  *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see also Crisafi v. Holland*, 655 F.2d 1305, 1309 (D.C. Cir. 1981) (holding same).

The complaint, in its current form, is incomprehensible.  Plaintiff, a resident of Trinidad, Colorado, sues the President of the United States.  The complaint contains, for example, rambling ruminations on various wars, weapons, the *Wizard of Oz*, and the "Treaty of Disney Land."  The causes of action and relief sought are entirely incoherent.  A court may dismiss a complaint as frivolous "when the facts alleged rise to the level of the irrational or the wholly incredible," *Denton*

1

*v. Hernandez*, 504 U.S. 25, 33 (1992), or "postulat[e] events and circumstances of a wholly fanciful kind," *Crisafi*, 655 F.2d at 1307-08.

In addition to failing to state a claim for relief, the complaint is deemed frivolous on its face. Consequently, the complaint and this case will be dismissed. A separate order accompanies this memorandum opinion.

Date: 1/23/20

_____
United States District Judge